No. 969, Misc. GOODMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 976, Misc. MURRAY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. █

No. 998, Misc. THOMPSON *v.* PARKER, WARDEN. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for respondent. █

No. 1020, Misc. MUSZALSKI *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. █

No. 1032, Misc. MURRAY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. █

No. 1035, Misc. LEAVER *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 1036, Misc. SUPER *v.* YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 1047, Misc. MCNEILL *v.* STATE USE INDUSTRIES, AUTOMOBILE REGISTRATION PLATES DEPARTMENT. C. A. 4th Cir. Certiorari denied.

No. 798, Misc. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States. █